IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL E. SOLORIO,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIN LOBACK, et al.,<br><br>    Defendants. | Case No. 18-cv-03596-CRB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE PURSUANT TO FRCP 41(B) AS TO THE THREE INDIVIDUAL DEFENDANTS** |

Plaintiff has missed the Aug. 17 deadline to respond to the motion to dismiss filed by the individual Defendants. Accordingly, he is **ORDERED** to show cause by Sept. 5, 2018, why his case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: Aug. 22, 2018

CHARLES R. BREYER
United States District Judge