IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL E. SOLORIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIN LOBACK, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03596-CRB<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT, VACATING HEARING, AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

On June 15, 2018, plaintiff Manuel Solorio filed a [dkt. 1] Complaint in this matter. Defendants responded with a [dkt. 7] Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). On August 29, 2018, plaintiff filed an [dkt. 15] Amended Complaint. While Solorio's Amended Complaint falls outside the twenty-one day window following the defendants' Motion to Dismiss in which he may have amended his complaint as a matter of right, see Fed. R. Civ. P. 15(a)(2), this Court may grant a party the ability to amend its pleading beyond twenty-one days, id. at R. 15(a)(2). Rule 15 further instructs that "[t]he court should freely give leave when justice so requires," id., and this Court has recognized that a "lenient standard" is appropriate where the litigant seeking to amend their complaint is *pro se*. Perez v. Bayview Loan Servicing, LLC, 2016 WL 1242755, at *3 (N.D. Cal. Feb. 2, 2016), aff'd, 672 F. App'x 718 (9th Cir. 2016). This Court thus grants Solorio leave to file his amended complaint and accepts his amended complaint. As a result, the defendants' Motion to Dismiss is moot. See Setencich v. Am. Red Cross, 2007 WL 4259590, at *2 (N.D. Cal. Dec. 4, 2007).

For the foregoing reasons, the defendants' Motion to Dismiss is DENIED as MOOT and the hearing scheduled for September 7, 2018, is vacated.

**IT IS SO ORDERED.**

Dated: 9/4/2018

CHARLES R. BREYER
United States District Judge